IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE III, | No. C -13-05973 (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| PLASTIKON INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on December 27, 2013, to the Honorable Judge William Alsup to consider whether this case is related to Rose v. Plastikon Ind., 10-04355 WHA. In the present case, Plaintiff apparently seeks a new trial due to alleged error in the 2010 case. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: January 14, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE III,

        Plaintiff,

  v.

PLASTIKON INC. et al,

        Defendant.
_____/

Case Number: CV13-05973 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Rose
PO Box 27092
Oakland, CA 94602

Dated: January 15, 2014

                                Richard W. Wieking, Clerk
                                By: Lisa R Clark, Deputy Clerk