IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE III,

    Plaintiff,

  v.

PLASTIKON INC.,

    Defendant.

No. C 13-05973 WHA

**ORDER RE IFP STATUS**

Plaintiff Willie Rose appeals the order granting defendant's motion to dismiss. On April 11, 2014, our court of appeals referred the action back to this Court to determine whether to revoke plaintiff's IFP status on appeal. *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

Plaintiff is **ORDERED TO SHOW CAUSE** by filing a brief, no longer than five pages, by **NOON ON APRIL 22, 2014**, explaining why his appeal is not frivolous. Plaintiff shall also file a sworn declaration that updates the Court on his financial situation, including whether he is employed, receives any sources of income, or owns any assets.

**IT IS SO ORDERED.**

Dated: April 11, 2014.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE