IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE III,

    Plaintiff,

  v.

PLASTIKON INC.,

    Defendant.

No. C 13-05973 WHA

**ORDER DENYING MOTIONS FOR NEW TRIAL AND LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Plaintiff Willie Rose appeals the March 21 order granting defendant's motion to dismiss. On April 11, 2014, our court of appeals referred the action back to this Court to determine whether to revoke plaintiff's *in forma pauperis* status on appeal. 28 U.S.C. 1915(a)(3). That same day, plaintiff was ordered to show cause why his appeal was not frivolous and to file a declaration on whether his financial situation had changed.

Instead, plaintiff filed another motion for a new trial, alleging the same claims dismissed by the March 21 order. For the reasons stated in the March 21 order, plaintiff's motion for a new trial is **DENIED**. In addition, this order finds that plaintiff's appeal is frivolous and therefore leave to proceed *in forma pauperis* on appeal is also **DENIED**. *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Clerk shall transmit a copy of this order to the court of appeals.

**IT IS SO ORDERED.**

Dated: April 21, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE